## Ex parte HENRY G. BENNETT.

No. A-10462. Oct. 11, 1945.

(162 P. 2d 588.)

See also, 81 Okla. Cr. 351, 162 P. 2d 561.

F. A. Rittenhouse, of Oklahoma City, Swank & Swank, of Stillwater, Blakeney & Blakeney, of Oklahoma City, Ownby & Warren, of Tulsa, Welch & Welch, of Madill, and W. Hendrix Wolf and John Monk, both of Stillwater, for petitioner.

Randell S. Cobb, Atty. Gen., E. J. Broaddus, Asst. Atty. Gen., and Dixie Gilmer, Co. Atty., and M. S. Simms

and John L. Ward, Jr., Asst. Co. Attys., of Tulsa County, all of Tulsa, for respondents.

PER CURIAM. The question herein involved is moot, because the defendant was released from custody prior to the hearing.

It is therefore ordered that the case be and the same is hereby dismissed.